IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MONTEL MURRY                                                                        PLAINTIFF

v.                                       4:10CV00165WRW/HLJ

B. TOWNSEND, et al.                                                             DEFENDANTS

## JUDGMENT

Based on an Order entered this day dismissing Plaintiff's complaint for failure to state a claim, this case is DISMISSED.

IT IS SO ORDERED this 13th day of May, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE